

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| DILLON RANDALL DAVIS | § § | |
| vs. | § § | NO: MO:17-CV-00145-RAJ |
| ECTOR CO. SHERIFF'S DEPT., UNITED STATES OF AMERICA | § | |

## FINAL JUDGMENT

On this day the Court entered an Order denying Petitioner's Motion for Return of Property as moot. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's Motion for Return of Property is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Return of Property is **DISMISSED WITH PREJUDICE,** with the Parties to bear their own costs.

**IT IS FINALLY ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**.

Signed this 7th day of November, 2017.

Robert Junell
Senior United States District Judge